```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  LESALDO SHALTO,                                           :
                                    Plaintiff,              :
                                                            :    23 Civ. 9091 (LGS)
                 -against-                                  :
                                                            :         ORDER
  SALVATORIA KITCHEN AND BAR CORP., et                      :
  al.,                                                      :
                                    Defendants.             :
                                                            X
------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants have not filed a notice of appearance in this matter, but appear to have participated in the preparation of the parties' joint letter and proposed case management plan;

WHEREAS, the initial pretrial conference in this matter is scheduled for December 6, 2023;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that counsel for Defendants shall file a notice of appearance no later than **December 8, 2023**.  By **December 5, 2023**, Plaintiff shall serve a copy of this Order on Defendants and file proof of service.  It is further

**ORDERED** that the December 6, 2023, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of

the final conference and setting of a trial date.  It is further

**ORDERED** that if Defendant seeks to file a motion to dismiss or Plaintiffs intend to proceed with their motion for partial summary judgment, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED,** regarding settlement discussions, the parties' request for a referral to the District's Mediation Program is GRANTED.  A referral order will issue separately.  It is further

**ORDERED** that Defendants shall answer, move or otherwise respond to the Complaint by **December 6, 2023**.

Dated: December 1, 2023
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**